

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-17-00465-CV

**HOUSING AUTHORITY OF ALICE**,
Appellant

v.

**TEXAS MUNICIPAL LEAGUE SELF-INSURANCE FUND** aka Texas Municipal League
Intergovernmental Risk Pool,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54404-CV
Honorable Oscar (O.J.) Hale, Judge Presiding

## O R D E R

The appellant's unopposed motion to extend time to file motion for rehearing and motion for en banc reconsideration is hereby GRANTED. Time is extended to October 24, 2018. **Further requests for extension of time in which to file appellant's motion for rehearing will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court